**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **KODIE BURNETT ET AL** | **CASE NO. 2:24-CV-01161** |
| **VERSUS** | **JUDGE VAN HOOK** |
| **UNITED HEALTHCARE SERVICES INC** | **MAGISTRATE JUDGE DAVID J. AYO** |

**O R D E R**

Before the Court is the MOTION TO LIFT STAY filed by Plaintiffs Kodie Burnett and Angelica Landry [Doc. 25] in which Plaintiffs seek to have the stay imposed in the case lifted based on Defendant United Healthcare Services, Inc.'s failure to render a determination as to Plaintiffs' appeal. Despite this Court's Order that Defendants file a response to Plaintiffs' motion [Doc. 26], the motion is unopposed.

Plaintiffs assert that, as of May 12, 2026, Defendant has failed to render a decision on the Plaintiffs' Amended Notice of Appeal, which was submitted to Defendant on October 23, 2025. [Doc. 25 at pp. 1-2, Doc. 25-2]. A "plan administrator shall notify a claimant … of the plan's benefit determination on review within a reasonable period of time, but not later than 60 days after receipt of the claimant's request for review by the plan…" 29 C.F.R. § 2560.503-1. The time processing rules under 29 C.F.R. § 2560.503-1 are not meant to abruptly close the administrative record. Rather, they are meant to "allow a Plaintiff to file suit after the expiration of the time limit specified by regulation instead of waiting *ad infinitum* for a final administrative denial that is not forthcoming." *Martin v. Guardian Life Ins. Co. of Am.*, 2021 WL 1994229 (E.D. Ky. 2021). This Court will consider Defendant's failure to timely render a decision "deemed denial" of benefits to Plaintiff. *Miller v. Reliance Standard Ins. Co.*, 2020 WL 1183712 (E.D. La. 2020) (citing *Fessenden v. Reliance Standard Life Ins. Co.*, 927 F.3d 998, 1000 (7th Cir. 2019)). Based on the foregoing, it is hereby

ORDERED that the motion is GRANTED, such that the stay previously imposed in this matter is LIFTED.

SO ORDERED this 6th day of August, 2026, at Lafayette, Louisiana.

**DAVID J. AYO**
**UNITED STATES MAGISTRATE JUDGE**